NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000059
06-JUN-2012
08:23 AM

NO. CAAP-12-0000059

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
PATRICK ALLEN ROMAN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-1244)

ORDER GRANTING DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Patrick Allen Roman's Motion to Dismiss Appeal, the Declaration of Patrick Allen Roman in Support of Motion to Dismiss Appeal, and the records and files herein, it appears that Appellant understands the consequences of dismissing his appeal and that the withdrawal of his appeal is voluntary.  Therefore,

IT IS HEREBY ORDERED that Appellant's motion to dismiss appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, June 6, 2012.

Presiding Judge

Associate Judge

Associate Judge